Matthew H. Storey, Esq. (SBN 279773)
Seth A. Schwartz, Esq. (SBN 281992)
LAW OFFICES OF SCHWARTZ & STOREY
2247 San Diego Ave., Suite #237
San Diego, California 92110
Telephone: (858) 430-8166
Facsimile: (858) 430-8167

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

J.T. by and through his Guardians Ad Litem COLLEEN HY and YONGKANG TANG,

Plaintiff,

v.

DEL MAR UNIFIED SCHOOL DISTRICT,

Defendant.

Case No. 3:17-CV-01082-AJB-RBB

**DECLARATION OF MATTHEW H. STOREY IN SUPPORT OF THE JOINT MOTION FOR APPROVAL OF MINOR'S COMPROMISE**

Judge: Hon. Anthony J. Battaglia

Complaint Filed: May 25, 2017
Hearing Date: January 18, 2018
2:00 pm

I, MATTHEW H. STOREY, declare as follows:

1. I am a Partner with the law firm Schwartz & Storey and am representing J.T. by and through his Guardians Ad Litem COLLEEN HY and YONGKANG TANG ("Parents")
2. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would completely testify to those facts.
3. On January 9, 2017, I filed a Due Process complaint of behalf of Parents with the Office of Administrative Hearings ("OAH") seeking reimbursement for J.T.'s non-public school ("NPS") placement.

4. J.T. presented two issues before OAH:
    a. Did District, deny Student a free appropriate public education by failing to assess Student for autism?
    b. Did District, deny Student a FAPE by failing to provide appropriate goals in the area of autism?
5. On April 18, 2017, OAH issues a Decision finding in favor of J.T. on both issues. However, the Administrative Law Judge ("ALJ") denied Parents reimbursement for J.T.'s placement at a NPS. This appeal followed.
6. In total Parents are seeking $66,483.49 for J.T.'s placement at a NPS, as well as their attorney fees, which total approximately $78,340.50 for a total of $144,822.99.
7. Under the terms of the settlement and the District would provide $115,000 with $65,000 going to Parent's and $50,000 for attorney fees. Parent's attorney will waive all other outstanding fees and costs.
8. I believe this settlement provides Parents with extraordinary results. It almost entirely reimburses their expenses, and prevents further litigation. For those reasons, I believe the Court should approve the settlement.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and that this declaration was made and executed this 6th day of December, 2017, in San Diego, California.

Dated: December 6, 2017

LAW OFFICES OF SCHWARTZ AND STOREY

By: /s/ Matthew H. Storey
Matthew H. Storey
Attorneys for Plaintiffs