# CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is The Law Offices of Schwartz & Storey, 2247 San Diego Avenue, Suite 237, San Diego, CA 92110.

On December 5, 2017, I served the following document as described as:
**JOINT MOTION FOR APPROVAL OF MINORS COMPROMISE: MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MATTHEW H. STOREY**

electronically, through the CM/ECF system. All parties on the Notice of Electronic Filing to receive electronic notice have been served through the CM/ECF system.

The party(ies) listed below are currently on the list to receive e-mail notices for this case.

Marlon C. Wadlington, Esq.
MWadlington@aalrr.com
Atkinson, Andelson, Loya, RUUD & Romo
12800Center Court Drive South, suite 300
Telephone: 562-653-3200
Facsimile: 562-653-3333
Attorneys for Defendant

I have caused the above-mentioned document(s) to be electronically served on the above-named person(s), who are currently on the list to receive email notices for this case.

Executed on December 5, 2017, at San Diego, California.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Matthew H. Storey

Matthew H. Storey