UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

J.T. by and through his Guardians Ad Litem COLLEEN HY and YONGKANG TANG,

Plaintiff,

v.

DEL MAR UNIFIED SCHOOL DISTRICT,

Defendant.

Case No. 3:17-CV-01082-AJB-RBB

**ORDER RE JOINT MOTION FOR APPROVAL OF MINOR'S COMPROMISE**

(Doc. No. 18)

On January 18, 2018, the Court held a hearing on the parties' Joint Motion to Approve a Minor's Compromise in the above-entitled action.

Having considered the parties' Motion, the Court hereby approves the settlement, including Plaintiff's attorney's fees and Yongkang Tang and Colleen Hy ("Parents") compensation for past expenses. The Court further authorizes the Parents to sign all settlement documentation.

The case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 22, 2018

Hon. Anthony J. Battaglia
United States District Judge